PER CURIAM.
 

 Affirmed. See McMullen v. State,
 
 714 So.2d 368, 372 (Fla.1998) (recognizing “the admissibility of expert testimony regarding the reliability of eyewitness testimony is left to the sound discretion of the trial judge”);
 
 Johnson v. State,
 
 438 So.2d 774, 777 (Fla.1983) (finding no abuse of discretion in refusal to permit psychology professor to testify concerning common problems with eyewitness identification; “a jury is fully capable of assessing a witness’ ability to perceive and remember, given the assistance of cross-examination and cautionary instructions, without the aid of expert testimony”).
 

 STEVENSON, GROSS, JJ., and STREITFELD, JEFFREY E., Associate Judge, concur.